In the Matter of the BANK OF SING SING, JAMES K. O. SHER-
WOOD, as Receiver, etc., Appellant, *v.* HORACE BAKER, Admin-
istrator, etc., Respondent.

(Argued June 19, 1884 ; decided June 27, 1884.)

*James S. Stearns* for appellant.

*Samuel Watson* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.